# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT KROL, JR., | ) | |
| | ) | Civil Action No. 12 – 600 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| ROBERT COLLINS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

**AND NOW**, this 26th day of June, 2015, the Petitioner, Robert Krol, Jr., having filed a Petition for Writ of Habeas Corpus in the above-captioned matter,

**IT IS HEREBY ORDERED** that for the reasons set forth in the Court's Memorandum Opinion filed on this day, the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is also **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk is to mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order then a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Robert Krol
 HX-1089
 SCI Somerset
 1600 Walters Mill Road
 Somerset, PA  15510